# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00987-VCF |
| Plaintiff, | **Order on Stipulation to Continue Preliminary Hearing and Deadline to Indict Defendant** |
| v. | |
| DANIEL SCHELLSCHMIDT, | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for January 6, 2021 at the hour of 4:00 p.m., be vacated and continued to the hour of 2/5/2021 at 4:00 PM in LV courtroom 3D before Magistrate Judge Ferenbach.

DATED this 5th day of January, 2021.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

4