NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
STEPHANIE IHLER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6268/ Fax: 702.388.6418
Stephanie.ihler@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00016-APG-NJK |
| Plaintiff, | |
| v. | **Stipulation to Continue Arraignment & Plea (ECF No. 13)** |
| DANIEL SCHELLSCHMIDT, | FIRST REQUEST |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Stephanie Ihler, Assistant United States Attorney, counsel for the United States of America, and Damian R Sheets , Esq., counsel for Defendant Daniel Schellschmidt, that the Court vacate the Arraignment & Plea hearing scheduled for January 20, 2021, at 1:30 p.m. and reschedule the hearing for a date and time convenient to this Court, but no sooner than February 1, 2021.

This stipulation is entered into for the following reasons:

1. On January 13, 2021, a federal grand jury in Las Vegas, Nevada returned an indictment charging Defendant Daniel Schellschmidt with eight counts of Bank Burglary, in violation of Title 18, United States Code, Section 2113(a).

2. As a result, this Court scheduled an Arraignment & Plea hearing for January 20, 2021, at 1:30 p.m. (ECF No. 13).

3. Counsel for Defendant Schellschmidt has tested positive for COVID-19 and is ordered to quarantine for at least two weeks.

4. The additional time requested herein is not sought for the purposes of delay.

5. Defendant is out of federal custody, agrees to the continuance.

6. Defense and counsel for the Government have agreed to a brief two week continuance of the Arraignment & Plea herein to permit Counsel to adequately be able to appear and represent Defendant at the Arraignment & Plea hearing.

7. Therefore, the parties request that the Court vacate the Arraignment & Plea hearing scheduled for January 20, 2021, at 1:30 p.m. and reschedule the hearing for a date and time convenient to this Court, but no sooner than February 1, 2021.

DATED this 14th day of January, 2021.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

 /s/    Damian R Sheets             /s/ Stephanie Ihler
DAMIAN SHEETS, ESQ.              STEPHANIE IHLER
Counsel for Defendant            Assistant United States Attorney
DANIEL SCHELLSCHMIDT

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL SCHELLSCHMIDT,<br><br>    Defendant. | Case No. 2:21-cr-00016-APG-NJK<br><br>**Order on Stipulation to Continue Arraignment & Plea**<br>**(ECF No. 13)** |

Based on the stipulation of counsel, the Court finds that good cause exists to continue Defendant Schellschmidt's Arraignment & Plea. (ECF No. 13).

IT IS THEREFORE ORDERED that the Arraignment & Plea currently scheduled for January 20, 2021, at 1:30 p.m., be vacated and continued to Friday, February 5, 2021, at the hour of 11:00 a.m., in Courtroom 3A before Magistrate Judge Daniel J. Albregts.

DATED: January 15, 2021.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE