# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DANIEL SCHELLSCHMIDT,<br><br>　　　　　Defendant. | Case No.: 2:21-cr-00016-ART-NJK<br><br>**ORDER TO CONTINUE SENTENCING** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel (ECF No. 65), and good cause appearing therefore, the Court finds that:

1. Defendant is currently working with family to produce and provide documentation that may be important for mitigation purposes at sentencing.

2. Defendant and defense counsel need additional time to obtain, prepare, and produce said information to the court.

3. An anticipated defense witness is unavailable on the current setting.

4. The parties agree to the continuance.

5. Defendant is not in custody and agrees to the continuance.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

…

<u>ORDER</u>

IT IS ORDERED that the sentencing currently scheduled be vacated and continued to Thursday, July 13, 2023, at 1:00 p.m. before U.S. District Court Judge Anne R. Traum in a Las Vegas courtroom to be determined.

DATED this <u>16th day of May 2023</u>.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE