Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**ORDER GRANTING *REQUEST FOR EARY TERMINATION***
*Probation Form 35 (Termination of Supervised Release) is Attached*
**September 25, 2025**

Name of Offender: **Daniel Schellschmidt**

Case Number: **2:21CR00016**

Name of Sentencing Judicial Officer: **Honorable Anne Rachel Traum**

Date of Original Sentence: **November 20, 2023**

Original Offense: **Bank Burglary; Bank Burglary; Bank Burglary; Bank Burglary; Bank Burglary; Bank Burglary; Bank Burglary; and Bank Burglary**

Original Sentence: **48 Months' probation**

Date Supervision Commenced: **November 20, 2023**

Name of Assigned Judicial Officer: **Honorable Anne Rachel Traum**

## PETITIONING THE COURT

☒ To Terminate Supervised Release

## CAUSE

This report is to request early termination from supervised release on behalf of Daniel Schellschmidt. By way of case history, on November 20, 2023, Daniel Schellschmidt was sentenced to a term of four (4) years' probation for committing the offenses of Bank Burglary (8 Counts), Class C Felonies. On the same date, Schellschmidt commenced his probationary term in the District of Nevada. Schellschmidt is expected to complete supervised release, absent of any violations and/or revocation on November 19, 2027.

Pursuant to 18 U.S.C. § 3564(c), The Court, after considering the factors set forth in section 3583(e)(1) to the extent that they are applicable, may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge the defendant at any time in the case of a misdemeanor or an infraction or at any time after the expiration of one year of probation in the

RE: Daniel Schellschmidt

Prob12B
D/NV Form
Rev. June 2014

case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

The Guide to Judiciary Policy, Volume 8E, Chapter 3, has endorsed criteria for assessing whether an offender who satisfies the minimal statutory factors should be recommended for early termination: At 18 months, there is a presumption in favor of recommending early termination for persons who meet the following criteria: (1) The person does not meet the criteria of a career drug offender or career criminal (as described in 28 U.S.C. § 944(h)) or has not committed a sex offense or engaged in terrorism; (2) The person presents no identified risk of harm to the public or victims; (3) The person is free from any court-reported violations over a 12-month period; (4) The person demonstrates the ability to lawfully self-manage beyond the period of supervision; (5) The person is in substantial compliance with all conditions of supervision; and (6) The person engages in appropriate prosocial activities and receives sufficient prosocial support to remain lawful well beyond the period of supervision.

At sentencing, Your Honor imposed a special assessment fee of $800.00 followed by a restitution amount of $86,734.74 to be paid with a minimum payment of $50.00 per month. Clerk's Office records reveal that Schellschmidt has remained overall consistent with monthly payments towards his outstanding financial obligations. On August 11, 2025, Schellschmidt made a $150.00 payment towards his outstanding restitution. As of this date, Schellschmidt has paid a total of $2,284.74 towards his financial obligations and has an outstanding restitution balance of $85,250.00.

Schellschmidt has not incurred any arrests and/or documented negative contact with law enforcement while on supervision. Schellschmidt has a stable residence with his wife and their two (2) children. Schellschmidt is currently employed at UPS as a package car driver which has been verified through paystubs. Schellschmidt has been employed by UPS since October 23, 2023. On March 25, 2024, Schellschmidt successfully completed mental health and substance abuse treatment. It should be noted that Schellschmidt has consistently provided negative drug tests while on supervision. On August 20, 2025, Schellschmidt reported to the U.S Probation Office where he provided a negative drug test. Schellschmidt appears to meet the criteria for early termination as endorsed by Guide to Judiciary Policy, Volume 8E, Chapter 3.

The U.S. Probation Office supports early termination and respectfully recommends that the Court terminate supervision. Additionally, the U.S Attorney's Office has no opposition to Schellschmidt's early termination. Should the Court believe early termination is warranted, enclosed is a Probation Form 35 for Your Honor's signature. Should the Court have any questions, the Probation Office will be available at the Court's convenience.

Respectfully submitted,

*Briana Casey*
Digitally signed by Briana Casey
Date: 2025.09.25 16:29:57 -07'00'

_____
Briana Casey
United States Probation Officer

Prob12B
D/NV Form
Rev. June 2014
Approved:

*[signature: Joy Gabonia]*    Digitally signed by Joy Gabonia
Date: 2025.09.25 14:42:00 -07'00'

_____
Joy Gabonia
Supervisory United States Probation Officer

## THE COURT ORDERS

☐    No Action.

☑    Supervised Release is Terminated

☐    Other (please include Judicial Officer instructions below):

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

**IT IS SO ORDERED**.

*[signature]*
_____
Anne R. Traum
United States District Judge

DATED: <u>September 26, 2025</u>