PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

FOR THE DISTRICT OF

NEVADA

UNITED STATES OF AMERICA

v.  Crim No. 2:21-cr-00016-ART-NJK

Daniel Schellschmidt

On November 20, 2023 the above named was placed on supervised release for a period of four (4) years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. Additionally, the U.S Attorney's Office has no opposition to Schellschmidt's early termination. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

*Briana Casey*
Digitally signed by Briana Casey
Date: 2025.09.25 16:34:06 -07'00'

───────────────────────────

Briana Casey
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated: September 26, 2025

───────────────────────────
Anne Rachel Traum
United States District Judge